UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHANNON EDWARD MEYER,

Petitioner,

v.

JEFFREY A UTTECHT,

Respondent.

Case No. C18-5864 RJB-TLF

ORDER

The Court, having reviewed the report and recommendation, the petition for writ of federal *habeas corpus* relief and the remaining record, hereby finds and ORDERS:

(1) the Magistrate Judge's report and recommendation is approved and adopted;

(2) petitioner's federal habeas corpus petition is DISMISSED with prejudice;

(3) petitioner shall be DENIED a Certificate of Appealability; and

(4) the Clerk is directed to send copies of this Order to petitioner, to Magistrate Judge Theresa L. Fricke and to any other party that has appeared in this action.

Dated this 29th day of July, 2019.

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER - 1